UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARIE J. RUEST,

        Plaintiff,

                                DECISION AND ORDER
-v-                             12-CV-6552L

CITY OF ROCHESTER, ROCHESTER CITY POLICE
DEPARTMENT and INVESTIGATOR FRANK CAMP,

        Defendants.



_____

      Plaintiff Marie J. Ruest filed a *pro se* action seeking relief under 42 U.S.C. § 1983 and other statutes on October 12, 2012 (Docket No. 1) and has requested permission to proceed *in forma pauperis* (Docket No. 2). Plaintiff alleges that on September 25 and/or through 28, 2012, the defendants, the City of Rochester Police Department and Investigator Frank Camp, violated her constitutional rights when, among other things, she was subjected to an illegal search and seizure of property. For the reasons discussed below, this action will be reassigned to District Judge Charles J. Siragusa.

      On October 1, 2012, Nicholas J. Hirsch, plaintiff's house mate, filed an action, 12-CV-6525CJS, alleging, among other claims, that on September 25 and/or through 28, 2012, the defendants, the City of Rochester Police Department and Investigator Frank Camp, violated his constitutional rights when he was subjected to an illegal search and seizure of property. In order to avoid the risk of inconsistent orders or judgement with regard to the same occurrence or events, this action is hereby transferred to Judge Siragusa, the judge to whom the first action was assigned.

The determination of the petitioner/plaintiff's motion for permission to proceed *in forma pauperis* has been left to Judge Siragusa.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: November 1, 2012
Rochester, New York